# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| IN RE: CHERYDA GREGORY, Grantor, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV416-205 |
| THE REAL PROPERTY, LOCATED AT: 1617 CLOVERDALE DR., SAVANNAH, GA., *et al.*, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, it is **ADOPTED** as the opinion of the Court and Cheryda Gregory's complaint is therefore **DISMISSED**.

**ORDER ENTERED** at Augusta, Georgia, this 9th day of December, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA