# United States District Court
## Southern District of Georgia

IN RE: CHERYDA GREGORY, Grantor,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

    v.

CASE NUMBER: CV416-205

THE REAL PROPERTY, LOCATED AT: 1617 CLOVERDALE DR., SAVANNAH, GA, ET AL.,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on December 9, 2016, the Report and Recommendations of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, Defendants' motion to dismiss is GRANTED, and this civil action stands CLOSED.



December 9, 2016
Date

Scott L. Poff
Clerk

(By) Deputy Clerk